IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF ARKANSAS EIGHTH CIRCUIT

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 1 0 2012

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

12-2205

ROBERT S. PHILPOTT; FOR THE UNITED STATES OF AMERICA

PLAINTIFF

V. CASE NO:

PRESIDENT BARAK OBAMA; OVER THE UNITED STATES OF AMERICA/ UNKNOWN OFFICERS OF THE DRUG ENFORCEMENT ADMINISTRATION/ UNKNOWN OFFICERS OF THE FORT SMITH POLICE DEPARTMENT; THE POLICE DEPARTMENT IN A WHOLE; AND ITS NARCOTICS OFFICE.

DEFENDANTS

COUNTY: SEBASTIAN
CITY: FORT SMITH
ADDRESS: 3603 NORTH 48TH STREET
FILER: ROBERT S PHILPOTT

PHONE NO:

V. (VERSUS) NO: (NUMBER) DRUG ENFORCEMENT ADMINISTRATION: (D.E.A.)

COMPLIANT TORTS BENKINS ACT...

THINKING OF THE BOAT THAT WAS FOUND WITH THE 200,000 CHILDREN FROM HAITI. PLUS All THE PICTURES OF CHILDREN MISSING ON THE BACK OF POLICE CARS IN PICTURES. MOST OF NONE OF THEM BEING BLACK. I BELIEVE THE PEN REGISTER OR TRAP AND TRACE DEVICES SPOKE OF IN LAW SUIT CASE NUMBER AND NAME PHILPOTT V. UNITED STATES OF AMERICA et al 2:08-cv-2004 TO BE BEING USED BY BLACK PEOPLE. THEY'RE USING THEM TO ORGINIZE TAKING TURNS HAVING SEX WITH WOMAN. WITH THEM IS MAYBE A TRAVILING AGENCY NAMELY THE D.E.A.. IT'S APPEARENT DO TO THE PEOPLE WHO BEEN RUNNING THE COUNTRY ORIGINALLY WRITING THE CONSTATUTION OF THE UNITED STATES WITH OUT RACISM. RACISM DIED OUT AFTER THE 1960's. ARKANSAS IS TO FOCUSED ON DRUGS TO UPHOLD ANY OTHER LAWS. GIVING PEOPLE SUCH AS THE PEOPLE INVOLVED WITH THESE PEN REGISTER OR TRAP AND TRACE DEVICES POWER TO ORGINIZE HAVING THEM WITH DRUGS TO TAKE TURNS HAVING SEX WITH WOMEN. THE REASON FOR THE D.E.A. BEING IN ARKANSAS AND THERE HAS NEVER BEEN A HEAD F.B.I. OR C.I.A. AGENT AS THE HEAD OF EITHER AGENCY FROM EITHER OF THIER DRUG INTELLAGENCE SIDES IS A SHOW FOR DISLIKING. PLUS, THE GIRLS AND CHILDREN MISSING ON THE BACK OF COP CARS SHOWS IT NOT TO BE THE WASHINGTON GOVERNMENT. IT WOULD OF BEEN ORIGINALLY COVERED UP AND UNNOTICED. BUT IT (CHILDREN MISSING) HAS BEEN DONE IN A BUNCH OF DIFFRENT STATES SHOWS IT TO BE BLACK PEOPLE WITH THE PEN REGISTER OR TRAP AND TRACE DEVICES, SPOKE OF IN LAW SUIT CASE NUMBER AND NAME PHILPOTT V. UNITED STATES OF AMERICA et al 2:08-cv-2004, SHOWS IT TO BE BLACK PEOPLE FROM DIFFRENT STATES WORKING TOGETHER

①

TO TAKE OVER BY A SECUANCE OF EVENTS AND/OR A CONSTENT TRAVELING AGENCY NAMELY THE D.E.A.. SOME OF THE LOCAL NARCOTICS OFFICE AND SOME PEOPLE FROM THE FORT SMITH POLICE DEPARTMENT. ALL THESE THINGS NEEDS TO BE INVESTAGATED. A FRIEND OF MINE (FROM MY MOM) OF THE FORT SMITH POLICE DEPARTMENT ERIC WILLIAMS WAS CALLED BY ANONYMOUS CALL THAT WAS MADE ABOUT AN ARGUMENT SOMEBODY WAS SUPOSE TO BE HAVING, WHICH WAS A LIE TO THE POLICE DEPARTMENT, FOUND ME AND CARRY CANCEL A RUN AWAY FROM D.H.S. WALKING DOWN THE STREET. I BEEN A FRIEND OF CARRY AND AMBER CENCAL FOR ALONG TIME. NORMALLY I HAVE A BIG GROUP OF CHILDREN IN THE CITY AND ALL I DO IS TALK ABOUT POSITIVE THINGS AND TRYING TO KEEP THEM OFF HARD DRUGS. I BELIEVE THE POLICE DEPARTMENT AND LOCAL NARCOTICS OFFICE AND D.E.A.S SONS GETTING YOUNG GIRLS SUCH AS CARRY AND AMBER CENCAL TO START DRINKING VODKA AND LATTER TO USING MARIJUANA AND NARCOTICS SO THEY CAN PASS THE YOUNG GIRLS AROUND TO TAKE TURNS HAVING SEX WITH THEM. CARRY CENCAL WAS ARRESTED AFTER THE D.H.S. OFFICE HOURS AND SOMEHOW GOT OUT OF HAND CUFFS AND THE BACK OF A COP CAR AND I HAVEN'T SEEN HER SINCE. ALL I WANT IS THEM TO BE SAFE. I BEEN KNOWING CARRY AND AMBER CENCAL SINCE THEY WERE 8 AND 10 YEARS OLD (SORRY WE'RE POOR BUT THIER MOM AND DAD'S GOOD PEOPLE). MAYBE SOME OF THESE GIRLS NEED TO BE SHOWED PICTURES OF THE NARCOTICS, D.E.A, AND POLICE DEPARTMENTS KIDS AND THIER OFFICERS INCLUDING OFFICER BIOCOCK AND ANISOCK NEED TO BE TAKIN OFF THE CASE. I LIKE ANISOCK AND HAVE TALKED TO HIM BEFORE ABOUT THINGS ABOUT STUFF I FOUND ON COMPUTORS. THESE AND ILLEGAL PHONE TAPS NEED TO BE INVESTAGATED ALONG WITH THE OTHER PEN REGISTER OR TRAP

②

/s/ Robert S. Philpott
ROBERT S. PHILPOTT