IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT S. PHILPOTT                                                                PLAINTIFF

v.                                    Case No. 2:12-CV-02205

PRESIDENT BARACK OBAMA; and
FORT SMITH POLICE DEPARTMENT,
as a whole and the Narcotics Office                                              DEFENDANTS

## O R D E R

The Court has received proposed findings and recommendations (Doc. 3) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiffs' Motion for Leave to proceed *in forma pauperis* (Doc. 2) is **DENIED** and Plaintiff's Complaint is DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 20th day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE